Rose Licciardi, Respondent, v. Importers and Exporters Insurance Company of New York, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Alcott Neary, Respondent, v. Peter Collis, Appellant.— Judgment of County Court and judgment of City Court reversed on the facts and a new trial granted in the City Court, with costs in all courts to appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the recovery to the sum of $100 as of the date of the rendition thereof, in which event the said judgments are modified accordingly and as so modified are affirmed, without costs in County Court or upon this appeal to either party. In our opinion the plaintiff's damages, including his loss in respect to reasonable expenditures and punitive damages, should not exceed the sum of $100. All concur, except Crosby, J., who dissents and votes for reversal on the law, not on the question of the amount of damages, but for errors of law in the rulings of the trial judge. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Beatrice Doyle Murray, as Administratrix, etc., of Herbert W. Murray, Appellant, v. The State of New York, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Burdette C. Squire, Appellant, v. John A. Treuthart and Others, Respondents, Impleaded with John Lutz and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

David Cohn, Plaintiff, v. Gersh Realty Corporation and Others, Defendants, Impleaded with Julius L. Cohn, Appellant, and Abraham Mason and Others, Respondents.— Order affirmed, with costs. All concur.— Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [137 Misc. 245.]

Lillian Hadcock, Respondent, v. Claire W. Wiggins, Defendant, and William J. McLane and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Edward Hadcock, Respondent, v. Claire W. Wiggins, Defendant, and William J. McLane and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

William J. Travers, Respondent, v. William L. Purcell, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

The Herring-Curtiss Company, by Frederick P. Kimball and Others, Trustees, etc., Appellants, v. Lena P. Curtiss and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

The City of Buffalo, Respondent, v. International Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.